JUDGE PHILIP M. HALPERN 25 CV 02298 #1

MAG. JUDGE KRAUSE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT FILED MAR 20 2025 WP S.D. OF N.Y.

Steven Gonzalez Catala

Write the full name of each plaintiff.

_____CV_______________

(Include case number if one has been assigned)

-against-

## COMPLAINT

Do you want a jury trial?
☐ Yes ☐ No

Detective ALLiCoTT Sh#921
Police officer GLuth sh# 7905
Detective Viera sh# 618
Detective Brian Brandefine All of 130th

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Fourth Amendment of the united States Constition
FiFth Amendment (guarantees the right to due process
The Fourteeth Amendment extends thes protections
to State actions, Further Validating the plantiffs Claims.

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , ______________________________, is a citizen of the State of
(Plaintiff's name)

______________________________
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

______________________________.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, ______________________, is a citizen of the State of
(Defendant's name)

______________________

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

______________________.

If the defendant is a corporation:

The defendant, ______________________, is incorporated under the laws of

the State of ______________________

and has its principal place of business in the State of ______________________

or is incorporated under the laws of (foreign state) ______________________

and has its principal place of business in ______________________.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Steven | | Gonzalez-Catala
First Name | Middle Initial | Last Name

9 Ward St
Street Address

Rochelle Park | NJ | 00000
County, City | State | Zip Code

432-466-1237 | Gonzalez0624800@gmail
Telephone Number | Email Address (if available)

**B. Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Brian BrandeFine
First Name Last Name
Detective Shield # 624
Current Job Title (or other identifying information)
Police department 130th
Current Work Address (or other address where defendant may be served)
Bronx NY
County, City State Zip Code

Defendant 2: Allicott
~~First Name~~ Last Name
Detective Shield # 921
Current Job Title (or other identifying information)
of 130
Current Work Address (or other address where defendant may be served)
Bronx N.Y.
County, City State Zip Code

Defendant 3: Viera
First Name Last Name
~~of 130~~ Detective # 618
Current Job Title (or other identifying information)
of 130
Current Work Address (or other address where defendant may be served)
Bronx NY
County, City State Zip Code

Defendant 4: GLuth

First Name Last Name

Police officer Shield # 7905

Current Job Title (or other identifying information)

of 130

Current Work Address (or other address where defendant may be served)

Bronx NY

County, City State Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Bronx @ SouthWest Corner of East Burnside AV and walton AVe.

Date(s) of occurrence: november 18, 2024

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

not sure which of the defendants but I know Brian was with another person violated me by reaching in my vehicle Aggressively and Violently. to open my door and pull me out with no verbal explanation of why or tell me what was going on. then all parties searched my Vehicle with no warrent nor permission. then as secondary and while Violating due process found a baggie with small amount of what ever Brian and his training expireance said it was (crack cocaine)

See Attached:

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Emotional Distress / Loss of income / Legal Fees / Reputational harm / Loss of Liberty Punitive Damages / violation of Civil rights

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

$100,000
Award Compensatory and punitive damages
Grant Costs of this action, including attorney Fees.
Provide any further relief deemed just and proper
Completely Seal this Case

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

3/20/25 — Dated

Steven Gonzalez (Agent) — Plaintiff's Signature

Steven — First Name

Middle Initial

Gonzalez Catala — Last Name

9 ward St — Street Address

Rochelle Park — County, City

NY — State

[00000] — Zip Code

432 466 1237 — Telephone Number

Gonzalez@06248100@gmail. — Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

--------UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK--------

**Steven Gonzalez-Catala**
**9 ward st**
**Rochelle park, New jersey, [00000]**
**Gonzalez06248100@gmail.com**
**[432-466-1237]**

**9/20/2025**

**United States District Court for the Southern District of New York**
**500 Pearl Street**
**New York, NY 10007**

**300 Quarropas St, White Plains, NY 10601**

**Re: Claim Against (Police Department 130) for Violations of my constitutional Rights**

**Plaintiff:** Steven Gonzalez Catala
**Defendant:** [Police Department 130/ Det Brain Brandefine of the 130th, Shield #624
Detective viera shield 618 from 130th
Dectective Allicott shield 921
Police officer Gluth shield 7905

**Case Number:** [To be assigned by the court]
arrest number: B24654508 (All charges Dismissed)
Docket number CR-029674-24BX

**COMPLAINT**

**I. Introduction**
1. This lawsuit arises from unlawful acts committed against the Plaintiff by members of the 130th Police Department, which caused emotional distress and violated the Plaintiff's constitutional rights. Suing under Section 1983 refers to a civil action filed against state or local officials for violations of constitutional rights. This statute is part of the Civil Rights Act of 1871 and allows individuals to seek damages when they believe their rights have been violated by someone acting under the color of state law.

**II. Jurisdiction and Venue**
2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Â§ 1331, as this case involves a federal question regarding civil rights violations under Section 1983.
3. Venue is proper in this Court because the events giving rise to this lawsuit occurred in the Bronx, New York, which falls under the jurisdiction of the United States District Court for the Southern District of New York.

**III. Factual Background**

4. The Plaintiff is a national who possesses the right to travel freely.

5. On November 18, 2024, at approximately 6:34 PM, at southwest corner of east burnside avenue and walton avenue county of the bronx state of new york, the Plaintiff was in New York City to repair a chain purchased by his girlfriend for her son. The Plaintiff parked his vehicle near a fire hydrant and was in the vehicle for nearly fifteen minutes when five to seven police officers, along with a detective, surrounded his truck.

6. While cleaning himself up after an accident, the Plaintiff was approached by officers at his driver's side window. Despite the Plaintiff's attempts to explain his situation, the officers disregarded him and unlawfully pulled him from the vehicle without probable cause.

7. The Plaintiff attempted to inform the officers of his status as a state national and tried to hand paperwork to one officer, who snatched it away and pushed him back toward the truck. The officers made jokes about the situation and did not allow the Plaintiff to speak.

8. The Plaintiff explained that their actions were extreme, especially because only his vehicle lacked license plates. Despite his requests not to search him or his vehicle, the officers proceeded to do so, rummaging through personal items and pockets.

9. During the search, a small bag of cocaine was found, leading an officer to state, "Yeah, now you're going to jail." The Plaintiff expressed confusion regarding the legality of the search and the circumstances of the stop.

10. The Plaintiff was taken to the 46th precinct on Grand Concourse in the Bronx, where his truck and personal belongings were inventoried. He was held in a cell for hours without access to water and was denied medical attention despite requests.

11. The Plaintiff was released the next day but did not receive all his belongings, specifically a chain and cooler that were not returned.

**IV. Legal Basis for Claims**

12. The Fourth Amendment of the United States Constitution protects citizens from unreasonable searches and seizures. The Defendant's actions violated this amendment through an unlawful search and seizure.

13. The Fifth Amendment guarantees the right to due process, which the Defendant failed to uphold during the encounter.

14. The Fourteenth Amendment extends these protections to state actions, further validating the Plaintiff's claims.

**V. Damages**

15. The Plaintiff seeks the following damages:

a. Emotional Distress: Compensation for psychological harm caused by the incident.

b. Punitive Damages: awarded to punish the Defendant for egregious behavior and deter similar conduct in the future.

c. Nominal Damages: Acknowledgment of the violation of rights, even if significant harm cannot be proven.

d. Legal Fees and Costs: Reimbursement for expenses incurred while pursuing this lawsuit.

e. Loss of Consortium: Damages for loss of companionship or support due to the incident's impact on family dynamics, as the Plaintiff was unable to support his family.

f. Reputational Damages: Compensation for harm to the Plaintiff's reputation resulting from the Defendant's actions, which led to the loss of his position due to these allegations.

**VI. Prayer for Relief**
16. WHEREFORE, the Plaintiff respectfully requests that this Court:
a. Award compensatory and punitive damages totaling $100,000
b. Grant costs of this action, including attorney fees.
c. Provide any further relief deemed just and proper.
d. Seal of case, complete seal and close and never seen again.

**Steven Gonzalez-Catala**

---Additional juridiction information -----

### Federal Courts in the Bronx, New York

1. **United States District Court for the Southern District of New York**:
   - **Location**: The main courthouse is located at 500 Pearl Street, New York, NY 10007.
   - also 300 Quarropas St, White Plains, NY 10601.
   - **Jurisdiction**: This court has jurisdiction over federal cases arising from the Bronx, as well as other boroughs of New York City and surrounding areas.

### Jurisdictional Basis

1. **Federal Question Jurisdiction**:
   - The district court has jurisdiction over cases arising under the Constitution, federal laws, or treaties. This includes civil rights claims, such as those filed under Section 1983, and other federal statutes.

2. **Diversity Jurisdiction**:
   - The court may also have jurisdiction in cases involving parties from different states where the amount in controversy exceeds $75,000. This means that if a plaintiff and a defendant are from different states, the federal court can hear the case if it meets this monetary threshold.

3. **Venue**:
   - The Southern District of New York is the proper venue for cases arising in the Bronx because it encompasses the Bronx as part of its geographic jurisdiction. Under federal law, a civil action may be brought in a judicial district where any defendant resides, or where a substantial part of the events or omissions giving rise to the claim occurred.

4. **Appeals**:
   - Decisions made by the United States District Court for the Southern District of New York can be appealed to the United States Court of Appeals for the Second Circuit, which covers New York, Connecticut, and Vermont.

### Importance of Federal Jurisdiction

- Federal courts are often used for cases involving federal law, civil rights violations, and other matters that may not be adequately addressed in state courts. This is particularly relevant for individuals seeking to address constitutional violations, as federal courts typically have the authority to interpret and enforce federal constitutional rights.

- The availability of federal court for civil rights claims, such as those under Section 1983, provides plaintiffs with a venue that may offer different procedural rules, remedies, and standards compared to state courts.

In summary, the United States District Court for the Southern District of New York has jurisdiction over the Bronx and handles federal cases arising from that area, including civil rights violations and other federal matters.

---------------------

# BRONX CRIMINAL COURT

265 E 161 Street, Bronx, NY 10451

**NO FEE**
**Non-Public Version**

Court ORI: NY062033J

The People of the State of New York
vs.
**Steven Gonzalez-Catala**

**Certificate of Disposition**
Docket Number: **CR-029674-24BX**

CJTN: 70938518R
NYSID: 08717259J

Defendant DOB: **06/24/1981**

Arrest Date: **11/18/2024** Arraignment Date: **11/19/2024**

THIS IS TO CERTIFY that the undersigned has examined the files of the **Bronx Criminal Court** concerning the above entitled matter and finds the following:

| Count # | Charge | Charge Weight | Disposition | Disposition Date |
|---|---|---|---|---|
| 1 | PL 220.03 AM Crim Poss Contrl Subst-7th **SEALED 160.50** | AM | Dismissed (Speedy Trial (CPL 170.30 (1)(e)), Sealed 160.50) | 02/25/2025 |
| 2 | PL 245.00 A BM Lewdness-Expose Body In Public **SEALED 160.50** | BM | Dismissed (Speedy Trial (CPL 170.30 (1)(e)), Sealed 160.50) | 02/25/2025 |
| 3 | VTL 0511 01A UM Aggravated Unlic Oper Veh-3rd **SEALED 160.50** | UM | Dismissed (Speedy Trial (CPL 170.30 (1)(e)), Sealed 160.50) | 02/25/2025 |
| 4 | PL 245.01 V Exposure Of A Person **SEALED 160.50** | V | Dismissed (Speedy Trial (CPL 170.30 (1)(e)), Sealed 160.50) | 02/25/2025 |
| 5 | VTL 0509 01 I MV License Viol:No License **SEALED 160.50** | I | Dismissed (Speedy Trial (CPL 170.30 (1)(e)), Sealed 160.50) | 02/25/2025 |

Charge Weight Key: I=Infraction; V=Violation; AM, BM=Class Misdemeanor; UM=Unclassified Misdemeanor; AF, BF, CF, DF, EF=Class Felony

Dated: **March 3, 2025**

**Chief Clerk/Clerk of the Court**

CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL

All marijuana convictions under PL 221.05, PL 221.10, PL 221.15, PL 221.20, PL 221.35 or PL 221.40 —including any appearing on this certificate of disposition— are vacated, dismissed, sealed, and expunged. It is an unlawful discriminatory practice for any entity to make any inquiry about such an expunged conviction or to use such an expunged conviction adversely against an individual in any form of application or otherwise—unless specifically required or permitted to do so by statute.
It shall be an unlawful discriminatory practice, unless specifically required or permitted by statute, for any person, agency, bureau, corporation or association, including the state and any political subdivision thereof, to make any inquiry about, whether in any form of application or otherwise, or to act upon adversely to the individual involved, any arrest or criminal accusation of such individual not then pending against that individual which was followed by a termination of that criminal action or proceeding in favor of such individual, as defined in subdivision two of section 160.50 of the criminal procedure law, or by an order adjourning the criminal action in contemplation of dismissal, pursuant to section 170.55, 170.56, 210.46, 210.47, or 215.10 of the criminal procedure law, or by a youthful offender adjudication, as defined in subdivision one of section 720 35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law or by a conviction which is sealed pursuant to section 160.59 or 160.58 of the criminal procedure law, in connection with the licensing, housing, employment, including volunteer positions, or providing of credit or insurance to such individual; provided, further, that no person shall be required to divulge information pertaining to any arrest or criminal accusation of such individual not then pending against that individual which was followed by a termination of that criminal action or proceeding in favor of such individual, as defined in subdivision two of section 160.50 of the criminal procedure law, or by an order adjourning the criminal action in contemplation of dismissal, pursuant to section 170.55 or 170.56, 210.46, 210.47 or 215.10 of the criminal procedure law, or by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law, or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law. An individual required or requested to provide information in violation of this subdivision may respond as if the arrest, criminal accusation, or disposition of such arrest or criminal accusation did not occur. The provisions of this subdivision shall not apply to the licensing activities of governmental bodies in relation to the regulation of guns, firearms and other deadly weapons or in relation to an application for employment as a police officer or peace officer as those terms are defined in subdivisions thirty-three and thirty-four of section 1.20 of the criminal procedure law; provided further that the provisions of this subdivision shall not apply to an application for employment or membership in any law enforcement agency with respect to any arrest or criminal accusation which was followed by a youthful offender adjudication, as defined in subdivision one of section 720.35 of the criminal procedure law, or by a conviction for a violation sealed pursuant to section 160.55 of the criminal procedure law, or by a conviction which is sealed pursuant to section 160.58 or 160.59 of the criminal procedure law. For purposes of this subdivision, an action which has been adjourned in contemplation of dismissal, pursuant to section

170.55 or 170.56, 210.46, 210.47 or 215.10 of the criminal procedure law, shall not be considered a pending action, unless the order to adjourn in contemplation of dismissal is revoked and the case is restored to the calendar for further prosecution. [Executive Law 296(16)]
Charges may not be the same as the original arrest charges.
CPL 160.50: All official records (excluding published court decisions or opinions or records and briefs on appeal) related to the arrest or prosecution on file with the Division of Criminal Justice Services, any court, police agency or prosecutor's office shall not be available to any person or public or private agency.

# *Additional Fingerprint Response*

**ORI: NY0303046**
**NYCPD PCT 046**
**NYSID: 08717259J**

New York State Division of Criminal Justice Services
Alfred E. Smith Building
80 South Swan St.
Albany, New York 12210
Tel:1-800-262-DCJS
Michael C.Green, Executive Deputy Commissioner of the NYS Division of Criminal Justice Services

## Transaction Data




| | |
|---|---|
| **Name:** | STEVEN GONZALEZ-CATALA |
| **Transaction ID:** | 40184162 |
| **Agency ORI:** | NY0303046 |
| **SSN:** | |
| **Type of Submission:** | **ARREST** |
| **Date Fingerprinted:** | November 18, 2024 |
| **Reason Fingerprinted:** | Adult Arrest |

### Arrest/Charge Information

Arrest Date:November 18, 2024 06:42 pm (18:42:00)

| | |
|---|---|
| **Name:** | STEVEN GONZALEZ-CATALA |
| **Date of Birth:** | June 24, 1981 |
| **US Citizen:** | |
| **Sex:** | Male |
| **Race:** | White |
| **Ethnicity:** | Hispanic |
| **Height:** | 6' 02" |
| **Weight:** | 225 |
| **Age at time of crime/arrest:** | 43 |
| **Address:** | 720 ST MARYS ST, BRONX, NY 10454 |
| **Fax Number:** | B40216 |
| **Place of Arrest:** | NYCPD 46 |
| **Arrest Type:** | Unknown |
| **Date of Crime:** | November 18, 2024 |
| **Place of Crime:** | NYCPD 46 |
| **Criminal Justice Tracking No.:** | 70938518R |
| **Arresting Agency:** | NYCPD PCT 046 |
| **Arresting Officer ID:** | 963880 |
| **Arrest Number:** | B24654508 |
| **Arraignment:** | Bronx County Criminal Court |

**Arrest Charges:**

-- Obstruct Governmental Administration 2nd - Prevent Official Function

| | | | | | |
|---|---|---|---|---|---|
| PL195.05 | Sub 01 | Class A | Misdemeanor | Degree 2 | NCIC 5099 |

-- Criminal Possession Controlled Substance- 7th Degree

| | | | | | |
|---|---|---|---|---|---|
| PL220.03 | | Class A | Misdemeanor | Degree 7 | NCIC 3599 |

-- Aggravated Unlicensed Operation Motor Vehicle-2nd Degree

| | | | | | |
|---|---|---|---|---|---|
| VTL0511 | | Class U | Misdemeanor | Degree 2 | NCIC 5499 |

-- Exposure Of A Person

| | | | | | |
|---|---|---|---|---|---|
| PL245.01 | | | Violation | Degree 0 | NCIC 3605 |

-- General Violation Of Local Law