```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| STEVEN GONZALEZ CATALA, | 25-cv-2298 (JGK) |
| Plaintiff, | ORDER |
| - against - | |
| DETECTIVE ALLICOTT, ET AL., | |
| Defendants. | |

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendants to answer was April 17, 2025. To date, no answers have been filed.

The time for the defendants to answer or respond to the complaint is extended to **May 16, 2025**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

The plaintiff should serve a copy of this Order on each of the defendants and file proof of service on the docket by **May 5, 2025**.

SO ORDERED.

Dated: New York, New York
April 28, 2025

/s/ John G. Koeltl
John G. Koeltl
United States District Judge