```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

STEVEN GONZALEZ CATALA,                    25-cv-2298 (JGK)

          Plaintiff,              ORDER

    - against -

DETECTIVE ALLICOTT, ET AL.,

          Defendants.

**JOHN G. KOELTL, District Judge:**

On April 28, 2025, the Court extended the time for the defendants to answer to May 16, 2025. ECF No. 12. To date, no answers have been filed.

The time for the defendants to answer or respond to the complaint is extended to **June 18, 2025.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

The Clerk is respectfully requested to mail copies of this Order and ECF No. 12 to the New York City Law Department and note mailing on the docket. The Clerk is also requested to mail a copy of this Order to the pro se plaintiff and note mailing on the docket. The plaintiff need not serve copies of this Order or ECF No. 12 (the Court's April 28, 2025 Order) on the defendants.

**SO ORDERED.**

Dated:    New York, New York
          May 21, 2025

                                  /s/ John G. Koeltl
                                      **John G. Koeltl**
                           **United States District Judge**