UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN GONZALEZ CATALA,

              Plaintiff,

- against -

DETECTIVE ALLICOTT, ET AL.,

              Defendants.

---

25-cv-2298 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

On June 24, 2025, the Court received the plaintiff's letter requesting guidance on how to proceed in this case. ECF No. 17. On June 21, 2025, the Court extended the time for the defendants to answer to July 7, 2025. ECF No. 16. In that Order, the Court explained that failure to respond to the complaint by July 7, 2025, could result in a default judgment being entered against the defendants.

The Clerk is requested to mail a copy of this Order to the pro se plaintiff and note mailing on the docket.

**SO ORDERED.**

Dated:    New York, New York
            June 25, 2025

                                      John G. Koeltl
                              United States District Judge