UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN GONZALEZ CATALA,
                Plaintiff,         25-cv-2298 (JGK)

    - against -                   ORDER

DETECTIVE ALLICOTT, ET AL.
                Defendants.

JOHN G. KOELTL, District Judge:

    Because the plaintiff needs to extend all deadlines while he is away, the time for defendants to respond to the plaintiff's motion for a declaratory judgment is extended to October 15, 2025. The time for the plaintiff to reply is October 29, 2025.

    The Clerk is directed to mail a copy of the Order to the pro se plaintiff and to note mailing on the docket.

    SO ORDERED.

Dated:    New York, New York
           September 1, 2025

                                      John G. Koeltl
                                United States District Judge