UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

STEVEN GONZALES CATALA,

              Plaintiff,

  - against -

DETECTIVE ALLICOTT, ET AL.,

              Defendants.
―――――――――――――――――――――――――――――――

25-cv-2298 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff has not filed a reply brief in support of his motion for a declaratory judgment. The time for the plaintiff to file his reply is extended to **November 28, 2025.** If the plaintiff fails to file a reply brief by that date, the motion shall be decided on the current papers.

SO ORDERED.

Dated:    New York, New York
          November 12, 2025

                                            John G. Koeltl
                                    United States District Judge