**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
STEVEN GONZALEZ CATALA,

                              Plaintiff,

                -against-

KHALEEF ALLICOTT, *et al.*,

                          Defendants.
-------------------------------------------------------------------------X

**25 Civ. 2298 (JGK) (GS)**

**<u>ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

On September 30, 2025, this Court extended Defendants Allicott, Viera, Brandefine, and Gluth's time to answer, move, or otherwise respond to Plaintiff's Complaint until forty-five days after Corporation Counsel's receipt of Plaintiff's executed § 160.50 Release.  (Dkt. No. 31).  In that Order, Plaintiff was required to execute the § 160.50 Release or submit a letter to the Court explaining why he believes he should not be required to provide a § 160.50 Release by no later than October 16, 2025.  Plaintiff filed no such letter with the Court, nor has any Defendant moved to compel Plaintiff to do so or filed an answer or other response to the Complaint.  As such, the Court is at a loss to understand what is happening in this case.

Defendants are hereby ordered to inform the Court, by no later than Tuesday, December 16, 2025, of the status of this matter, including whether they have received Plaintiff's § 160.50 Release and, if so, when their deadline to answer or otherwise respond is (or was) based on the Court's prior order.

1

**SO ORDERED.**

DATED:    New York, New York
            December 10, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge