UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────

STEVEN GONZALEZ CATALA,

                    Plaintiff,

      - against -

DETECTIVE ALLICOTT, ET AL.,

                    Defendants.
────────────────────────────────

                            25-cv-2298 (JGK)

                            ORDER

JOHN G. KOELTL, District Judge:

On December 22, 2025, the Court instructed the plaintiff, Steven Gonzalez Catala, either to execute a § 160.50 release or otherwise explain to the Court why he believes one is unnecessary by January 9, 2026. ECF No. 37. On December 30, 2025, Mr. Catala filed a letter with the Court representing that he had already provided the defendants with a § 160.50 release on October 30, 2025. ECF No. 38. Mr. Catala attached the signed release to his letter. Id. Mr. Catala also filed an affidavit representing that he had mailed another copy of the release to the defendants on December 30, 2025. ECF No. 39.

In accordance with the Court's prior order granting the defendants' requested extension of time, the defendants shall answer or otherwise respond to the complaint by **February 13,**

2026 — forty-five days after receiving Mr. Catala's executed

§ 160.50 release. <u>See</u> ECF No. 35.


SO ORDERED.

Dated:    New York, New York
          January 19, 2026

                              _____
                                   John G. Koeltl
                              United States District Judge

2