**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
STEVEN GONZALEZ CATALA,

                              Plaintiff,

                                                              **25 Civ. 2298 (VSB) (GS)**
              -against-

                                                              **ORDER**
KHALEEF ALLICOTT, *et al.*,

                              Defendants.
-------------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

        The Court is in receipt of Plaintiff's NYCPL Section 160.50 Release, filed on March

3, 2026 and indicating that such records were mailed to Defendants on March 2, 2026.  (Dkt.

No. 48).  Pursuant to numerous prior orders from this Court, Defendants were given a

deadline of forty-five days after that date to move, answer, or otherwise respond to

Plaintiff's complaint.  (Dkt. Nos. 31, 35, 40, 44).  Accordingly, Defendants' deadline

appears to have been set at April 17, 2026.  However, Defendants have not filed anything in

this action since Plaintiff's Release was uploaded.  Accordingly, Defendants are hereby

ORDERED to move, answer, or otherwise respond to Plaintiff's complaint by no later than

Monday, May 4, 2026, or provide a short letter detailing their belief for why such deadline

should be delayed in this action.

        **SO ORDERED.**

DATED:        New York, New York
              April 27, 2026

                                              _____
                                              The Honorable Gary Stein
                                              United States Magistrate Judge