UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN GONZALEZ CATALA,

                    Plaintiff,

          - against -

DETECTIVE ALLICOTT, ET AL.,

                    Defendants.

25-cv-2298 (JGK)

Order

---

**John G. Koeltl, District Judge:**

The parties are directed to appear by telephone for a conference in connection with the defendants' anticipated motion to dismiss on **Thursday, June 11, 2026, at 11:30 a.m.**

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:      New York, New York
            June 4, 2026

_____
          John G. Koeltl
          United States District Judge