

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

TORVARI S. WILLIAMS
*Assistant Corporation Counsel*
Phone: (212) 356-2557
Fax: (212) 356-3509
Tovwilli@law.nyc.gov

June 8, 2026

*[handwritten: THE MATTER WILL BE HELD ON THURSDAY, JUNE 11, 2026, AT 3:30PM. DIAL-IN: (646) 453-4442 CONFERENCE ID: 675 278 33#. SO ORDERED.]*

**VIA ECF**
Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:  Steven Gonzalez Catala v. Allicott, et al. 25-cv-02298 (JGK)(GS)

*[handwritten: 6/6/26  USDJ]*

Your Honor:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York. I represent Defendants City of New York, Detective Khaleef Allicott, Detective Charlie Viera, Police Officer Nicholas Gluth, and Detective Brian Brandefine in this action. I write to respectfully request a brief adjournment of the pre-motion conference, currently scheduled for June 11, 2026, at 11:30 AM due to a scheduling conflict. Plaintiff consents this request. No prior requests for an adjournment of this conference have been made.

On Friday, June 5th, the Court scheduled a telephone conference to discuss defendant's anticipated motion to dismiss on June 11, 2026. However, I am scheduled to appear for initial conference in an unrelated matter at that same time. Accordingly, I respectfully request that the conference be adjourned and propose the following alternative dates for the Court's consideration:

•June 11, 2026, at 2:00 PM; or

•June 16, 2026, at 11:30 AM;

On Friday June 5th, the undersigned contacted Plaintiff pro se regarding the proposed adjournment & alternative dates, and also requested Plaintiff pro se to provide alternate dates

should neither of those dates be convenient. Plaintiff pro se advised that he can be available on June 16, 2026 at 11:30 AM. He did not provide any other dates when he was available.

Defendants thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/ Torvari Williams
**Torvari S. Williams**
*Assistant Corporation Counsel*

cc:    **VIA ECF**
**Steven Gonzalez Catala**
Plaintiff Pro Se
9 Ward Street
Rochelle Park, NJ 07662
(432) 466-1237
Email: gonzalez06248100@gmail.com