UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN GONZALEZ CATALA,

              Plaintiff,

     - against -

DETECTIVE ALLICOTT, ET AL.,

              Defendants.

---

25-cv-2298 (JGK)

**Order**

**John G. Koeltl, District Judge:**

As discussed during yesterday's conference on June 11, 2026, the defendant, the City of New York (the "City"), has agreed to accept service of Mr. Gonzalez Catala's amended complaint, ECF No. 56. The City is further instructed to inform Mr. Gonzalez Catala how he can serve the defendant Jeremy Scheublin. The defendants' time to respond to the amended complaint is stayed until the defendants have been properly served. For Mr. Gonzalez Catala's reference, individual defendants may be served by following New York state law for service of process. See Fed. R. Civ. P. 4(e).

The defendants may answer or move to dismiss the amended complaint within thirty days after Mr. Gonzalez Catala serves the defendants. Mr. Gonzalez Catala may respond to any motion to dismiss within thirty days after the

defendants file their motion. The defendants may reply within fifteen days after Mr. Gonzalez Catala files his response.

**SO ORDERED.**

**Dated:**      **New York, New York**
             **June 12, 2026**

_____
**John G. Koeltl**
**United States District Judge**