**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X
STEVEN GONZALEZ CATALA,

Plaintiff,

-against-

KHALEEF ALLICOTT, *et al.*,

Defendants.
----------------------------------------------------------------------X

**25 Civ. 2298 (VSB) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

On September 4, 2026, the Court scheduled a video status conference in this action for September 15, 2026 at 2:00 p.m. (Dkt. No. 64). The Court attempted to host that conference at the appointed time. Plaintiff timely joined the call as required. Unfortunately, no one from the New York City Law Department appeared. After twenty-five minutes of waiting, during which it attempted without success to reach one of the Law Department attorneys listed on the docket, the Court was forced to adjourn the conference.

During its outreach efforts, the Court learned that attorney Torvari Williams, who had recently been handling this case, apparently no longer works for the Law Department. Yet Ms. Williams has submitted no motion to withdraw from this action. Even more inexplicably, the Law Department was somehow unable to arrange for coverage for the conference, or seek an adjournment while the matter was reassigned.

As a result of this neglect, the video status conference scheduled for September 15, 2026 is hereby adjourned to September 22, 2026 at 2:00 p.m. The parties are directed to join the conference through the instructions at Docket Number 64. **The Court requires that the**

**conference be attended by an attorney for the Law Department who is fully conversant with the issues in this case**.

**SO ORDERED.**

DATED: New York, New York
September 16, 2026

The Honorable Gary Stein
United States Magistrate Judge