**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------X

STEVEN GONZALEZ CATALA,

Plaintiff,

-against-

KHALEEF ALLICOTT, *et al.*,

Defendants.

--------------------------------------------------------------------------X

**25 Civ. 2298 (JGK) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

On September 22, 2026, the Court held a video status conference in this action. As discussed during the conference:

- Corporation Counsel has confirmed that it has accepted service of the Amended Complaint on behalf of all Defendants other than Jeremy Scheublin ("Defendants") and is representing those Defendants in this action.
- Plaintiff's prior attempt to serve Scheublin (*see* Dkt. No. 59) did not comply with CPLR 308[2]. Plaintiff's request for entry of default judgment (*see* Dkt. No. 60) is therefore denied.
- Although the Court stated it would give Plaintiff another opportunity to serve Scheublin, Plaintiff has opted instead to withdraw his claims against Scheublin and proceed only against the remaining Defendants.

As such, and as ordered during the conference, Defendants' joint motion to dismiss the Amended Complaint shall be filed by no later than October 29, 2026. Plaintiff's opposition papers to Defendants' motion shall be filed by no later than November 30, 2026, and

Defendants' reply, if any, shall be filed by no later than December 14, 2026. Plaintiff is encouraged to utilize the *pro se* resources attached to this order.

**SO ORDERED.**

DATED: New York, New York
September 22, 2026

The Honorable Gary Stein
United States Magistrate Judge

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT

in the Southern District of New York (SDNY)

CITY BAR JUSTICE CENTER

## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

This project assists plaintiffs and defendants on a variety of federal legal issues, including, among others, civil rights, employment discrimination, and disability discrimination. The team also assists incarcerated individuals with civil (non-criminal) claims.

## HOW WE HELP

Fed Pro provides limited assistance through full-time attorneys, legal support team members, pro bono (volunteer) attorneys, law school/college interns, and a social work team. **While we cannot provide full representation,** Fed Pro can assist litigants by providing limited-scope services such as:

- **Counseling** about potential federal claims prior to filing suit
- **Interpreting and explaining** federal law and procedure
- **Reviewing drafted pleadings** and correspondence with the Court
- Consulting on **discovery** matters
- Assisting with the **settlement** process (including mediation)

## HOW TO ACCESS OUR SERVICES

For assistance, please complete the **online form** located on our website, https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.

If you are not able to complete the form, or you have questions about the form, please **call (212) 382-4794.** Please leave a message and wait for us to call you back.